# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand thirteen.

Before: Ralph K. Winter,
       *Circuit Judge*.

_____

David Lerner Associates, Inc.,

    Plaintiff - Appellant,              **ORDER**
                                                                     Docket No. 13-1612

    v.

Philadelphia Indemnity Insurance Company,

    Defendant - Appellee.

_____

IT IS HEREBY ORDERED that the motion by appellant David Lerner Associates, Inc. for an extension of time until July 5, 2013 to file the opening brief is GRANTED. Appellee's brief is due on or before August 5, 2013.

                                            For The Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court